FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND LETICIA R. BENAVIDES**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Lori I. Valenzuela, Justice

In this appeal, appellant raised numerous issues challenging six partial summary judgments. On February 24, 2022, this court heard oral arguments on two of appellant's issues.

Prior to submission of this appeal, this court issued an opinion in another appeal involving the same parties. *See Benavides v. Alexander*, No. 04-19-00318-CV, 2021 WL 5088742 (Tex. App.—San Antonio Nov. 3, 2021, pet. filed). After we issued our opinion in *Benavides v. Alexander*, the appellant filed a petition for review with the Texas Supreme Court. *See Leticia Benavides v. Cristina B. Alexander, as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.; et al.*; No. 22-0173 (Tex.).

Because it appeared the Texas Supreme Court's resolution of some of the issues in *Benavides v. Alexander* might have an impact on the present appeal, we abated the present appeal until the Supreme Court resolved *Benavides v. Alexander*. We also withdrew the submission date of February 24, 2022. On July 15, 2022, the Supreme Court denied appellant's petition for review in *Benavides v. Alexander*.

On July 15, 2022, appellant filed an Unopposed Motion to Lift Abatement in which appellant stated she did not intend to file a motion for rehearing with the Supreme Court in *Benavides v. Alexander*. The motion is GRANTED.

This appeal is REINSTATED on the court's docket and will be SUBMITTED for consideration on October 18, 2022.

FILE COPY

It is so **ORDERED** on September 14, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT